IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morawiec, Adam H

Printed: 7/15/08

Case Number: 05 B 23495
Judge: Hollis, Pamela S
Filed: 6/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 11, 2008
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,421.78 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 23,491.18 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,400.00 |
| Trustee Fee: |  | 1,530.60 |
| Other Funds: |  | 0.00 |
| Totals: | 26,421.78 | 26,421.78 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Michael J Worwag | Administrative | 1,400.00 | 1,400.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Wamco 32 LTD | Unsecured | 1,664.08 | 1,664.08 |
| 5. | Discover Financial Services | Unsecured | 1,873.07 | 1,873.07 |
| 6. | Great Seneca | Unsecured | 2,426.02 | 2,426.02 |
| 7. | ECast Settlement Corp | Unsecured | 440.84 | 440.84 |
| 8. | ECast Settlement Corp | Unsecured | 386.15 | 386.15 |
| 9. | RoundUp Funding LLC | Unsecured | 2,559.62 | 2,559.62 |
| 10. | ECast Settlement Corp | Unsecured | 3,289.71 | 3,289.71 |
| 11. | Chase Bank | Unsecured | 211.13 | 211.13 |
| 12. | Discover Financial Services | Unsecured | 23.66 | 23.66 |
| 13. | ECast Settlement Corp | Unsecured | 2,718.21 | 2,718.21 |
| 14. | Resurgent Capital Services | Unsecured | 2,091.08 | 2,091.08 |
| 15. | Resurgent Capital Services | Unsecured | 1,723.99 | 1,723.99 |
| 16. | Resurgent Capital Services | Unsecured | 4,083.62 | 4,083.62 |
| 17. | Citi Cards | Unsecured |  | No Claim Filed |
| 18. | Advanta Business Cards | Unsecured |  | No Claim Filed |
| 19. | Harris Bank | Unsecured |  | No Claim Filed |
| 20. | Richard Burton | Unsecured |  | No Claim Filed |
| 21. | Wolpoff & Abramson | Unsecured |  | No Claim Filed |
| 22. | St Mary of Nazareth Hospital | Unsecured |  | No Claim Filed |
| 23. | Silverleaf Resorts Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 24,891.18 | $ 24,891.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Morawiec, Adam H | Case Number: 05 B 23495 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 7/15/08 | Filed: 6/13/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 21.65 |
| 5.5% | 222.27 |
| 5% | 65.16 |
| 4.8% | 124.95 |
| 5.4% | 281.14 |
| 6.5% | 815.43 |
| | _____ |
| | $ 1,530.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

